IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Weathersby, Sherri | Case Number: 05 B 43853 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 4/22/08 | Filed: 10/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 7, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,950.00 | |
| Secured: | | 5,549.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 438.00 |
| Other Funds: | | 462.41 |
| Totals: | 8,950.00 | 8,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,500.00 | 2,500.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,500.00 | 165.70 |
| 4. | Option One Mortgage Corp | Secured | 13,296.06 | 5,383.89 |
| 5. | Internal Revenue Service | Priority | 1,115.00 | 0.00 |
| 6. | Illinois Bell Telephone | Unsecured | 218.66 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 166.50 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 190.34 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 37.51 | 0.00 |
| 10. | Faul Cheverolet GEO | Secured | | No Claim Filed |
| 11. | Avco Financial Services Inc | Unsecured | | No Claim Filed |
| 12. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 13. | Thomas George Associates Inc | Unsecured | | No Claim Filed |
| 14. | Joseph V Cappello DDs | Unsecured | | No Claim Filed |
| 15. | IC System Inc | Unsecured | | No Claim Filed |
| 16. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 17. | US Cellular | Unsecured | | No Claim Filed |
| 18. | Tooth Fairy | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | US Cellular | Unsecured | | No Claim Filed |
| 21. | US Cellular | Unsecured | | No Claim Filed |
| 22. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 23. | AFNI | Unsecured | | No Claim Filed |
| 24. | Ace | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Weathersby, Sherri

Printed: 4/22/08

Case Number: 05 B 43853
Judge: Hollis, Pamela S
Filed: 10/4/05

|  | _____ | _____ |
|---|---|---|
|  | $ 19,024.07 | $ 8,049.59 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 108.73 |
| 5% | 101.15 |
| 4.8% | 129.28 |
| 5.4% | 87.32 |
| 6.5% | 11.52 |
|  | _____ |
|  | $ 438.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

